# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00121-CV

**State of Texas and Texas Department of Transportation, Appellants**

**v.**

**Signad, Ltd., Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
### NO. D-1-GN-07-001982, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

This cause is before the Court on the parties' joint motion to abate appeal pending the Texas Department of Transportation's processing of Signad's new billboard permit application. We grant the parties' joint motion and abate this appeal for a period of sixty days. The parties are ordered to report to this Court on the status of this matter on or before sixty days from the date of this order. If the parties wish to dispose of the appeal at that time, a proper motion to dismiss shall be filed in this Court. If additional time is needed, the parties may request further abatement of the appeal.

_____

Diane Henson, Justice

Before Justices Patterson, Puryear and Henson

Abated

Filed:   June 4, 2008